United States Courts
Southern District of Texas
FILED

FEB 27 2026

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

SUBSTRATUM GLOBAL, LLC,
Plaintiff,

v.  CASE NO. 4:26-cv-01616

FLOWSHIELD GUTTER PROTECTION LLC,
Defendant.

---

**PLAINTIFF'S BINDING STIPULATION REGARDING AMOUNT IN CONTROVERSY**

Plaintiff Substratum Global, LLC, appearing pro se, hereby files this Binding Stipulation and states as follows:

1. Plaintiff affirmatively stipulates that the total amount in controversy in this case does not exceed $75,000, exclusive of interest and costs.

2. Plaintiff will not seek, request, demand, or accept damages in excess of $75,000 in this action.

3. Plaintiff agrees that any recovery obtained in this case shall not exceed $75,000.

4. This stipulation is made knowingly, voluntarily, and is intended to be binding and enforceable upon Plaintiff in this action.

This stipulation is submitted to clarify that federal diversity jurisdiction under 28 U.S.C. § 1332 does not exist.

Respectfully submitted,

SUBSTRATUM GLOBAL, LLC
Plaintiff, Pro Se

By: *Natasha Nicasio*

Natasha Nicasio
Substratum Global
February 27, 2026

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing Notice of Removal to Federal Court and Notice of Motion Opposing Removal was served on the following party on February 27, 2026, in accordance with the Texas Rules of Civil Procedure:
Natasha Nicasio
10200 Hempstead Rd
Houston, Texas 77092
Phone: 910-747-6440
Email: Sales@floMasterpro.com
Service was made via electronic mail on February 27, 2026.
SIGNED on this 27th day of February, 2026.

/S/Natasha Nicasio
For Substratum Global, LLC

EXHIBIT 1         EXHIBIT A

**2026-10221 / Court: 281**

2/15/2026 3:24 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111278315
By: Wanda Chambers
Filed: 2/16/2026 12:00 AM

**ORIGINAL PETITION**

**CAUSE NO.** _____

**SUBSTRATUM GLOBAL,**
Plaintiff,

v.

**FLOWSHIELD GUTTER PROTECTION LLC**
Defendant.

IN THE _____ JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

# ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **Substratum Global** files this Original Petition complaining of Defendant **Flowshield Gutter Protection LLC** and respectfully shows:

# I. DISCOVERY CONTROL PLAN

Plaintiff intends that discovery be conducted under **Level 2** of Rule 190 of the Texas Rules of Civil Procedure.

# II. PARTIES

**Plaintiff:**
Substratum Global is a Texas corporation with its principal place of business at:
10200 Hempstead Rd, Suite 1P
Houston, Texas 77092

**Defendant:**
Flowshield Gutter Protection LLC is a business entity that may be served with process at:
1639 Medical Center Pkwy #400
Murfreesboro, TN 37129

## III. JURISDICTION AND VENUE

This Court has jurisdiction because the amount in controversy exceeds the minimum jurisdictional limits of this Court.

Venue is proper in Harris County, Texas because:

1. The contract was entered into in Harris County;
2. Plaintiff's principal place of business is located in Harris County; and
3. The Agreement provides for dispute resolution in Harris County.

## IV. FACTUAL BACKGROUND

1. On or about **May 1, 2024**, Plaintiff and Defendant entered into a written **Authorized Exclusive Dealer Agreement**.
2. Under Section 10 of the Agreement, Defendant agreed to purchase **no less than two (2) pallets of product per calendar month**.
3. Each pallet consists of 3,000 feet of product at $2.80 per foot.
4. Defendant failed to purchase the required minimum quantity for the final **four (4) months** of the Agreement term.
5. The unpaid contractual amount owed to Plaintiff totals **$67,200.00**.
6. Plaintiff fully performed its obligations under the Agreement.
7. Defendant materially breached the Agreement by failing to fulfill its minimum purchase requirement.
8. Plaintiff provided notice and demand for payment. Defendant failed and refused to cure.

## V. CAUSE OF ACTION – BREACH OF CONTRACT

Plaintiff incorporates the preceding paragraphs.

A valid and enforceable contract existed between Plaintiff and Defendant.

Plaintiff performed all obligations required under the Agreement.

Defendant breached the Agreement by failing to satisfy its mandatory purchase obligations.

As a direct result of Defendant's breach, Plaintiff suffered damages in the amount of **$67,200.00**, plus interest and costs.

## VI. DAMAGES

Plaintiff seeks:

- $67,200.00 in actual damages;
- Pre-judgment interest;
- Post-judgment interest;
- Costs of court; and
- All other relief to which Plaintiff is justly entitled.

## VII. CONDITIONS PRECEDENT

All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury and tenders the appropriate fee.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear and answer herein, and that upon final trial Plaintiff recover:

- Actual damages in the amount of $67,200.00;
- Interest as allowed by law;
- Costs of court;
- Such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

*Natasha Nicasio*

Natasha Nicasio
Authorized Representative
Substratum GlobalAddress:
10200 Hempstead Rd, Suite 1P
Houston, Texas 77092
Phone: 910-747-6440
Email: Sales@FloMasterPro.com

EXHIBIT 1                                     EXHIBIT A

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 111278315
Filing Code Description: Petition
Filing Description: Petition and Citation Enclosed
Status as of 2/16/2026 10:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Brian Galkus | | brian@tnshield.com | 2/15/2026 3:24:12 PM | SENT |